United States District Court

Southern District of California

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Arcenio Garcia-Perez (1),<br><br>                Defendant. | Case No. 3:24-cr-0869-CAB<br><br>**Judgment and Order Granting United States' Motion to Dismiss Information Without Prejudice** |

Upon the motion of the United States, and good cause having been shown,

IT IS HEREBY ORDERED that the Information in this case, against Defendant Arcenio Garcia-Perez only, is dismissed without prejudice.

IT IS SO ORDERED.

Dated: May 21, 2024.

_____
Hon. Cathy Ann Bencivengo
United States District Judge